■ STEVEN NEUMANN, Respondent, v DHU PRODUCTIONS, LLC, Appellant. [57 NYS3d 916]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered January 7, 2016. The order granted plaintiff's motion for partial summary judgment on the issue of liability on the Labor Law § 240 (1) claim and denied the cross motion of defendant for partial summary judgment dismissing the section 240 (1) and 241 (6) claims.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 12, 2017, and filed in the Erie County Clerk's Office on May 11, 2017,

It is hereby ordered that said appeal is unanimously

dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.